

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00718-CV

**IN RE** Susan **HICKS**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Delivered and Filed: December 31, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a petition for writ of mandamus on November 6, 2025, that did not comply with the Texas Rules of Appellate Procedure. We ordered relator to file a compliant petition no later than November 17, 2025. Relator subsequently filed a petition and record that failed to redact a minor's name in violation of Rule 9.9 of the Texas Rules of Appellate Procedure and Local Rule 4.2. *See* TEX. R. APP. P. 9.9; *see also* 4TH TEX. APP. (San Antonio) LOC. R. 4.2. We struck the petition for writ of mandamus and ordered relator to refile a compliant petition and record no later than December 8, 2025. We advised relator that the failure to comply with our order may result in dismissal without prejudice to refiling. Relator has failed to comply with our order. The petition

---

[1]This proceeding arises out of Cause No. 2014-CI-11427, styled *Joshua Taylor v. Jennifer Taylor*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

for writ of mandamus is **DISMISSED WITHOUT PREJUDICE TO REFILING** pursuant to Rule 42.3 because she has failed to comply with the Texas Rules of Appellate Procedure and an order of this court.

PER CURIAM